IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| KELLY CHEATHAM, EXECUTRIX OF THE ESTATE OF CHESTER BELL. DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>MODERN WOODMEN OF AMERICA,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*   No. 3:10cv00170 SWW<br>*<br>*<br>*<br>*<br>* |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 4th day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE